UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. **3:15CR128-TMR** |
| Plaintiff, | : | |
| v. | : | **PROTECTIVE ORDER** |
| **JOSEPH RAYMOND GRAY (1)** | : | |
| **STEVEN E. MUELLER (2)** | | |
| **JEFFREY C. KNAB (3)** | : | |
| **ANDRIE LAMARR SCOTT (4)** | | |
| **FRANCIS E. RACICOT, IV (5)** | : | |
| **RICI LYNN HOPKINS (6)** | | |
| **CHRISTOPHER DOANE (7)** | : | |
| Defendants. | : | |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court hereby grants this Motion of the United States for entry of a Protective Order, prescribing the manner in which defendants **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** and their respective defense counsel must handle certain materials – namely:

1. Video taken at Search Warrant of 1095 Haverhill. (Item 15 of the discovery letter dated November 6, 2015.)

2. Forty-Seven (47) bank statements received from Merchant One pursuant to Grand Jury Subpoena. (Item 17 of the discovery letter dated November 6, 2015.)

3. Five (5) audio recordings 253-777-8670. (Item 33 of the discovery letter dated November 6, 2015.)

4. One audio recording 513-206-2523. (Item 35 of the discovery letter dated November 6, 2015.)

1

5. Five (5) audio recordings 513-206-3523.  (Item 37 of the discovery letter dated November 6, 2015.)

6. Fifty-five (55) audio recordings 513-290-5188. (Item 40 of the discovery letter dated November 6, 2015.)

7. Twenty-eight (28) audio recordings 513-344-0130.  (Item 43 of the discovery letter dated November 6, 2015.)

8. One (1) audio recording for 513-344-3130.  (Item 46 of the discovery letter dated November 6, 2015.)

9. Three (3) audio recordings 513-344-4557.  (Item 48 of the discovery letter dated November 6, 2015.)

10. Fifty-eight (58) audio recordings 513-487-8346.  (Item 50 of the discovery letter dated November 6, 2015.)

11. Three (3) audio recordings 513-682-4858.  (Item 54 of the discovery letter dated November 6, 2015.)

12. Eighteen (18) audio recordings 513-714-2539.  (Item 56 of the discovery letter dated November 6, 2015.)

13. Fourteen (14) audio recordings for 513-889-2057.  (Item 60 of the discovery letter dated November 6, 2015.)

14. One (1) audio recording for 513-907-7180. (Item 62 of the discovery letter dated November 6, 2015.)

15. One (1) audio recording for 513-943-3680. (Item 64 of the discovery letter dated November 6, 2015.)

16. One (1) audio recording for 855-877-1900. (Item 67 of the discovery letter dated November 6, 2015.)

17. Video of phone messages to undercover.  (Item 68 of the discovery letter dated November 6, 2015.)

18. U.S. Bank statements for account no. XXXX7023.  (Item 89 of the discovery letter dated November 6, 2015.)

19. U.S. Bank statements for account no. XXXX6146.  (Item 90 of the discovery letter dated November 6, 2015.)

20. U.S. Bank documents for account no. XXXX6146. (Item 91 of the discovery letter dated November 6, 2015.)

21. Chaco Credit Union 2011 statement for account XXXX2139. (Item 92 of the discovery letter dated November 6, 2015.)

22. Chaco Credit Union documents for account no. XXXX2139. (Item 93 of the discovery letter dated November 6, 2015.)

23. Chaco Credit Union 2012 statements for account XXXX2139. (Item 94 of the discovery letter dated November 6, 2015.)

24. Chaco Credit Union 2013 statements for account XXXX2139. (Item 95 of the discovery letter dated November 6, 2015.)

25. Chaco Credit Union 2014 statements for account XXXX2139. (Item 96 of the discovery letter dated November 6, 2015.)

26. Chaco Credit Union 2015 statements for account XXXX2139. (Item 97 of the discovery letter dated November 6, 2015.)

27. Chaco Credit Union 2014 and 2015 statements for account XXXX9685. (Item 98 of the discovery letter dated November 6, 2015.)

28. Chaco Credit Union 2014 and 2015 documents for account no. XXXX9685. (Item 99 of the discovery letter dated November 6, 2015.)

29. Chaco Credit Union 2014 and 2015 statements for account XXXX2139. (Item 100 of the discovery letter dated November 6, 2015.)

30. Chaco Credit Union 2014 and 2015 checks for account no. XXXX2139. (Item 101 of the discovery letter dated November 6, 2015.)

31. Chaco Credit Union 2013, 2014 and 2015 statements for account XXXX2639. (Item 102 of the discovery letter dated November 6, 2015.)

32. Chaco Credit Union documents for account no. XXXX2639. (Item 103 of the discovery letter dated November 6, 2015.)

33. Chaco Credit Union 2014 and 2015 statements for account no. XXXX9684. (Item 104 of the discovery letter dated November 6, 2015.)

34. Chaco Credit Union documents for account no. XXXX9684. (Item 105 of the discovery letter dated November 6, 2015.)

35. Chaco Credit Union wire information for account no. XXXX9684.  (Item 106 of the discovery letter dated November 6, 2015.)

36. Chaco Credit Union 2014 and 2015 statements for account no. XXXX9685.  (Item 107 of the discovery letter dated November 6, 2015.)

37. Chaco Credit Union documents for account no. XXXX9685.  (Item 108 of the discovery letter dated November 6, 2015.)

38. U.S. Bank 2015 statements for accounts XXXX7370 and XXXX9662.  (Item 109 of the discovery letter dated November 6, 2015.)

39. Video taken at Search Warrant of US Beef Cincinnati, LLC.  (Item 167 of the discovery letter dated November 6, 2015.)

40. Video taken at Search Warrant of 5935 Orchard Hill.  (Item 169 of the discovery letter dated November 6, 2015.)

41. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on March 14, 2014.  (Item 197 of the discovery letter dated November 6, 2015.)

42. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on March 25, 2014.  (Item 198 of the discovery letter dated November 6, 2015.)

43. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on March 26, 2014.  (Item 199 of the discovery letter dated November 6, 2015.)

44. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 3, 2014.  (Item 200 of the discovery letter dated November 6, 2015.)

45. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 4, 2014.  (Item 201 of the discovery letter dated November 6, 2015.)

46. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 8, 2014.  (Item 202 of the discovery letter dated November 6, 2015.)

47. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 16, 2014.  (Item 203 of the discovery letter dated November 6, 2015.)

48. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on May 8, 2014.  (Item 204 of the discovery letter dated November 6, 2015.)

49. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on May 9, 2014.  (Item 205 of the discovery letter dated November 6, 2015.)

50. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on June 4, 2014. (Item 206 of the discovery letter dated November 6, 2015.)

51. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on September 4, 2014. (Item 207 of the discovery letter dated November 6, 2015.)

52. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on January 16, 2015. (Item 208 of the discovery letter dated November 6, 2015.)

53. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on January 20, 2015. (Item 209 of the discovery letter dated November 6, 2015.)

54. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on February 12, 2015. (Item 210 of the discovery letter dated November 6, 2015.)

55. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on March 5, 2015. (Item 211 of the discovery letter dated November 6, 2015.)

56. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 9, 2015. (Item 212 of the discovery letter dated November 6, 2015.)

57. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 13, 2015. (Item 213 of the discovery letter dated November 6, 2015.)

58. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on April 15, 2015. (Item 214 of the discovery letter dated November 6, 2015.)

59. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on May 7, 2015. (Item 215 of the discovery letter dated November 6, 2015.)

60. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on May 20, 2015. (Item 216 of the discovery letter dated November 6, 2015.)

61. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on June 5, 2015. (Item 217 of the discovery letter dated November 6, 2015.

62. Butcher Shop Food Distributors, LLC – Undercover Surveillance Audio/Video on July 24, 2015. (Item 218 of the discovery letter dated November 6, 2015.)

63. Gregory Brown - Undercover Surveillance Audio/Video on March 20, 2014. (Item 219 of the discovery letter dated November 6, 2015.)

64. Gregory Brown - Undercover Surveillance Audio/Video on August 21, 2014. (Item 220 of the discovery letter dated November 6, 2015.)

65. Gregory Brown - Undercover Surveillance Audio/Video on September 10, 2014. (Item 221 of the discovery letter dated November 6, 2015.)

66. Gregory Brown - Undercover Surveillance Audio/Video on September 11, 2014. (Item 222 of the discovery letter dated November 6, 2015.)

67. Gregory Brown - Undercover Surveillance Audio/Video on September 24, 2014. (Item 223 of the discovery letter dated November 6, 2015.)

68. Gregory Brown - Undercover Surveillance Audio/Video on September 25, 2014. (Item 224 of the discovery letter dated November 6, 2015.)

69. Gregory Brown - Undercover Surveillance Audio/Video on September 26, 2014. (Item 225 of the discovery letter dated November 6, 2015.)

70. Gregory Brown - Undercover Surveillance Audio/Video on January 8, 2015. (Item 226 of the discovery letter dated November 6, 2015.)

71. Gregory Brown - Undercover Surveillance Audio/Video on January 15, 2015. (Item 227 of the discovery letter dated November 6, 2015.)

72. Gregory Brown - Undercover Surveillance Audio/Video on March 5, 2015. (Item 228 of the discovery letter dated November 6, 2015.)

73. Gregory Brown - Undercover Surveillance Audio/Video on March 12, 2015. (Item 229 of the discovery letter dated November 6, 2015.)

74. Gregory Brown - Undercover Surveillance Audio/Video on June 4, 2015. (Item 230 of the discovery letter dated November 6, 2015.)

75. Gregory Brown - Undercover Surveillance Audio/Video on June 5, 2015. (Item 231 of the discovery letter dated November 6, 2015.)

76. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on February 3, 2015.  (Item 232 of the discovery letter dated November 6, 2015.)

77. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on February 10, 2015.  (Item 233 of the discovery letter dated November 6, 2015.)

78. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on March 19, 2015.  (Item 234 of the discovery letter dated November 6, 2015.)

79. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on April 3, 2015.  (Item 235 of the discovery letter dated November 6, 2015.)

80. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on April 9, 2015. (Item 236 of the discovery letter dated November 6, 2015.)

81. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on May 1, 2015. (Item 237 of the discovery letter dated November 6, 2015.)

82. US Beef Cincinnati, LLC – Undercover Surveillance Audio/Video on August 5, 2015. (Item 238 of the discovery letter dated November 6, 2015.)

(collectively, "the Discovery Materials") – as follows:

**JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** and their respective defense counsel will not disclose the information contained in the Discovery Materials directly or indirectly to any person except: attorneys and investigators who are assisting in **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE's** defense; United States citizens who the defense interviews as potential witnesses; and potential experts ("Authorized Individuals"). Upon disclosing information contained in the Discovery Materials to an Authorized Individual, **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** and their respective defense counsel must provide the Authorized Individual with a copy of the Court's Protective Order and advise the Authorized Individual that he or she will be subject to the same obligations as imposed upon **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** and their respective defense counsel by the Protective Order.

2. Defense counsel shall not copy, reproduce or create a mirror image of the Discovery Materials unless copied, reproduced, or mirror imaged for Authorized Individuals to assist in the defense, and in that event, the copies, reproductions, or mirror images should be treated in the same manner as the original Discovery Materials. Defense counsel shall maintain a log of any copies, reproductions, or mirror images made of the Discovery Materials and to whom they were distributed.

3. Although defense counsel may permit **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** to review the Discovery Materials at their law office, **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** may not remove from said office: the Discovery Materials; or copies, reproductions, or mirror images of the Discovery Materials, regardless of format, including, but not limited, personal notes reflecting content of the Discovery Materials.

4. **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** and their respective defense counsel are authorized to use the Discovery Materials solely in the defense of this case and for no other purpose.

5. At the conclusion of this case, defense counsel shall return all the Discovery Materials and copies, reproductions, or mirror images thereof forthwith to the United States Attorney's Office.

6. Defense counsel shall inform **JOSEPH RAYMOND GRAY, STEVEN E. MUELLER, JEFFREY C. KNAB, ANDRIE LAMARR SCOTT, FRANCIS E. RACICOT, IV, RICI LYNN HOPKINS and CHRISTOPHER DOANE** of these prescriptions placed on the Discovery Materials, and direct them not to disclose or use any information contained in the Discovery Materials in violation of the Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

12-11-15
DATE

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE

9